MALDONADO AND COMPANY, Respondent, *v.* FRANK B. ESPEN et al., Copartners under the Firm Name of ESPEN, STEWART AND LOEB, Appellants.

*Maldonado & Co.* v. *Espen*, 123 App. Div. 925, affirmed.
(Argued March 29, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon contract.

*Jay C. Guggenheimer* for appellants.

*Frederick F. Neuman* for respondent.

*Per Curiam.* The contract sued upon was established by the letters between the parties. Much of the evidence of prior conversations, upon the subject of an order for the merchandise, was immaterial and should have been excluded. As we cannot see, however, that the defendants suffered any prejudice from the admission of that evidence, and as it does not vary the obligations of the contract, the judgment will be affirmed.

CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ., concur.

Judgment affirmed, with costs.